# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  6:25-CR-00194-01** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **KERLIN NAUN VARELA-MARADIAGA (01)** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After considering the official transcript and noting the defendant's WAIVER OF ANY OBJECTIONS [Doc. 30], the Court finds the plea is correct under applicable law. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, in accordance with the terms of the PLEA AGREEMENT [Doc. 31] filed in the record of these proceedings, the guilty plea of the defendant, Kerlin Varela-Maradiaga, is ACCEPTED and he is fully adjudged guilty of the offense charged in Count 1, consistent with the REPORT AND RECOMMENDATION [Doc. 33].

THUS DONE AND SIGNED in Chambers on this 24th day of September, 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE